[28 NYS3d 131]

In the Matter of MICHAEL R. BEATRICE (Admitted as MICHAEL RALPH BEATRICE), an Attorney, Respondent. GRIEVANCE COMMITTEE FOR THE NINTH JUDICIAL DISTRICT, Petitioner.

Second Department, March 30, 2016

**APPEARANCES OF COUNSEL**

*Gary L. Casella*, White Plains (*Gloria J. Anderson* of counsel), for petitioner.

*Scalise & Hamilton, LLP*, Scarsdale (*Deborah A. Scalise* of counsel), for respondent.

## OPINION OF THE COURT

Per Curiam.

On November 24, 2015, the respondent pleaded guilty in the Supreme Court, Westchester County, to criminal possession of a forged instrument in the second degree, a class D felony, in violation of Penal Law § 170.25, and agreed to pay restitution in the approximate amount of $240,500. The Grievance Committee for the Ninth Judicial District now moves to strike the respondent's name from the roll of attorneys and counselors-at-law pursuant to Judiciary Law § 90 (4) (b) based upon his felony conviction. In response, the respondent has advised this Court that he does not oppose the motion.

Pursuant to Judiciary Law § 90 (4) (a), the respondent was automatically disbarred and ceased to be an attorney upon his conviction of a felony.

Accordingly, the motion to strike the respondent's name from the roll of attorneys and counselors-at-law is granted, pursuant to Judiciary Law § 90 (4) (b), to reflect the respondent's automatic disbarment as of November 24, 2015.

ENG, P.J., MASTRO, RIVERA, DILLON and ROMAN, JJ., concur.

Ordered that the petitioner's motion is granted; and it is further,

Ordered that pursuant to Judiciary Law § 90 (4) (a), the respondent, Michael R. Beatrice, admitted as Michael Ralph Beatrice, is disbarred, effective November 24, 2015, and his name is stricken from the roll of attorneys and counselors-at-law, pursuant to Judiciary Law § 90 (4) (b); and it is further,

Ordered that the respondent, Michael R. Beatrice, admitted as Michael Ralph Beatrice, shall comply with this Court's rules governing the conduct of disbarred, suspended, and resigned attorneys (*see* 22 NYCRR 691.10); and it is further,

Ordered that pursuant to Judiciary Law § 90, the respondent, Michael R. Beatrice, admitted as Michael Ralph Beatrice, is commanded to desist and refrain from (1) practicing law in any form, either as principal or as agent, clerk, or employee of another, (2) appearing as an attorney or counselor-at-law before any court, judge, justice, board, commission, or other public authority, (3) giving to another an opinion as to the law or its application or any advice in relation thereto, and (4) holding

himself out in any way as an attorney and counselor-at-law; and it is further,

Ordered that if the respondent, Michael R. Beatrice, admitted as Michael Ralph Beatrice, has been issued a secure pass by the Office of Court Administration, it shall be returned forthwith to the issuing agency and the respondent shall certify to the same in his affidavit of compliance pursuant to 22 NYCRR 691.10 (f).